UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN THE MATTER OF JACQUES
COTHIERRE, INS No. 24-650-779

No. MS 06-5004FDB

ORDER GRANTING EMERGENCY EX PARTE MOTION TO PROVIDE INVOLUNTARY MEDICAL TREATMENT

The Department of Homeland Security, Immigration and Customs Enforcement (hereafter "ICE") has filed an ex parte motion for an order permitting it to pursue involuntary feeding of Jacques Cothierre (A 24-650-779), who is currently incarcerated as a civil detainee at the Northwest Detention Center in Tacoma, Washington.

Based on the declarations of Dr. Philip Farabaugh and Ms. Deanna Gephart, and information submitted by ICE, I find that there is sufficient cause to believe that without the requested medical testing and treatment, Mr. Cothierre is in danger of irreparable injury, and possible death. Mr. Cothierre's current hunger strike poses a serious medical risk to himself.

A review of the applicable law reveals that the ICE has an affirmative statutory and constitutional duty to care for and treat inmates in its custody. This Court has inherent authority to issue an Order requiring the ICE to undertake this affirmative duty, which includes provision of forced feeding with plastic tubes through the nasal passage. Such treatment should be limited

ORDER GRANTING EMERGENCY EX PARTE
MOTION TO PROVIDE INVOLUNTARY
MEDICAL TREATMENT - 1

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101-1271
TEL. (206) 553-7970

to that which is medically necessary for Mr. Cothierre.

Therefore, IT IS HEREBY ORDERED that ICE may undertake the medical procedures and treatment described herein. ICE is directed to provide a copy of this order to Mr. Cothierre and his attorney forthwith.

DATED this 1st day of March, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

JOHN McKAY
United States Attorney

/s/ Rebecca S. Cohen
REBECCA S. COHEN
Assistant United State Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov

Attorneys for Moving Party Department of Homeland Security, Immigration and Customs Enforcement

ORDER GRANTING EMERGENCY EX PARTE
MOTION TO PROVIDE INVOLUNTARY
MEDICAL TREATMENT - 2

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101-1271
TEL. (206) 553-7970